Jonathan R. Schofield (8274)
Michael S. Anderson (13976)
Rachel L. Wertheimer (13893)
PARR BROWN GEE & LOVELESS
101 S. 200 E., Suite 700
Salt Lake City, UT 84111
Telephone (801) 532-7840
Facsimile (801) 532-7750

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| WASATCH EQUALITY, a Utah Nonprofit Corporation; RICK ALDEN, an individual; DREW HICKEN, an individual; BJORN LEINES, an individual; and RICHARD VARGA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA SKI LIFTS COMPANY, a Utah Corporation d/b/a ALTA SKI AREA; THE UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture; and DAVID WHITTEKIEND, in his official capacity as Forest Service Supervisor in the Wasatch-Cache National Forest,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 2:14-CV-00026 DB<br><br>Judge Dee Benson |

Notice is hereby given that Wasatch Equality, Rick Alden, Drew Hicken, Bjorn Leines, and Richard Varga, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Judgment in a Civil Case entered in this action

and from the Memorandum Decision and Order granting Defendants' motions to dismiss entered on September 23, 2014.

RESPECTFULLY SUBMITTED this 21st day of November 2014.

PARR BROWN GEE & LOVELESS

*/s/ Jonathan R. Schofield*
Jonathan R. Schofield
Michael S. Anderson
Rachel L. Wertheimer

*Attorneys for Plaintiffs*